FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2009 NOV 23  PM 12: 46

GREGORY C. LANGHAM
CLERK

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF COLORADO _____ DEP. CLK

| | |
|---|---|
| Christopher James Bateman<br><br>Plaintiff<br><br><br>v.<br><br><br>OPTIONSHOUSE inc., A. John Hass,<br>CEO OptionsHouse Inc, Carl Kunz,<br>Compliance Officer OptionsHouse, Peter<br>Lawler, Agent of and for OptionsHouse,<br>Danny Rosenthal, Chief of Trades<br>OptionsHouse,<br>DOES/Does 1 through 20 in their personal<br>capacities<br><br>Defendants | **09CV02748** LTB-KLM<br><br>Case No.<br><br><br><br>**CIVIL COMPLAINT** |

Christopher James Bateman
vs.
OPTIONSHOUSE, A. John Hass CEO OptionsHouse Inc,
Carl Kunz Compliance Officer OptionsHouse,
Peter Lawler agent of and for OptionsHouse
Danny Rosenthal Chief of Trades OptionsHouse
MILNOR H. SENIOR, III, ESQ.,
141 W. Jackson Blvd., Ste. 500
Chicago, Illinois 60604

**I. Parties to this civil action:**

A. Name of Plaintiff: Christopher James Bateman

Address: 18125 Elbert Rd, Elbert Colorado 80106

B. Defendants

OPTIONSHOUSE inc., A. John Hass, CEO OptionsHouse Inc,
Carl Kunz, Compliance Officer OptionsHouse,
Peter Lawler, Agent of and for OptionsHouse,
Danny Rosenthal, Chief of Trades OptionsHouse,
DOES/Does 1 through 20, as they become known, in their personal capacities

## II. Jurisdiction:

A. Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of Colorado.

2. The first-named defendant above is

b. a corporation incorporated under the laws of the State of Delaware and having its principal place of business in a State other than the State of which plaintiff is a citizen.

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. Jurisdiction founded on grounds other than diversity.


  __X__ 1. This case arises under the following section of the Constitution of the United States or statute of the United States:

**15 U.S.C. §80.**

  _____ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States.

  __X__ 3. Other grounds:

**15 U.S.C. §80b(6):**
It shall be unlawful for any investment adviser by use of the mails or any means or instrumentality of interstate commerce, directly or indirectly—
(1) to employ any device, scheme, or artifice to defraud any client or prospective client;
(2) to engage in any transaction, practice, or course of business which operates as a fraud or deceit upon any client or prospective client;
(3) acting as principal for his own account, knowingly to sell any security to or purchase any security from a client, or acting as broker for a person other than such client, knowingly to effect any sale or purchase of any security for the account of such client, without disclosing to such client in writing before the completion of such transaction the capacity in which he is acting and obtaining the consent of the client to such transaction. The prohibitions of this paragraph shall

not apply to any transaction with a customer of a broker or dealer if such broker or dealer is not acting as an investment adviser in relation to such transaction.

(4) to engage in any act, practice, or course of business which is fraudulent, deceptive, or manipulative. The Commission shall, for the purposes of this paragraph (4) by rules and regulations define, and prescribe means reasonably designed to prevent, such acts, practices, and courses of business as are fraudulent, deceptive, or manipulative.

## 15 U.S.C. §78o(c)(2)(A):

(A) No broker or dealer shall make use of the mails or any means or instrumentality of interstate commerce to effect any transaction in, or to induce or attempt to induce the purchase or sale of, any security (other than an exempted security or commercial paper, bankers' acceptances, or commercial bills) otherwise than on a national securities exchange of which it is a member, in connection with which such broker or dealer engages in any fraudulent, deceptive, or manipulative act or practice, or makes any fictitious quotation.

## 17 C.F.R. §240.10b-3

(a) It shall be unlawful for any broker or dealer, directly or indirectly, by the use of any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, to use or employ, in connection with the purchase or sale of any security otherwise than on a national securities exchange, any act, practice, or course of business defined by the Commission to be included within the term "manipulative, deceptive, or other fraudulent device or contrivance", as such term is used in section 15(c)(1) of the act.

## 17 C.F.R. §240.10b-10

(a) *Disclosure requirement.* It shall be unlawful for any broker or dealer to effect for or with an account of a customer any transaction in, or to induce the purchase or sale by such customer of, any security (other than U.S. Savings Bonds or municipal securities) unless such broker or dealer, at or before completion of such transaction, gives or sends to such customer written notification disclosing:

(1) The date and time of the transaction (or the fact that the time of the transaction will be furnished upon written request to such customer) and the identity, price, and number of shares or units (or principal amount) of such security purchased or sold by such customer; and

(2) Whether the broker or dealer is acting as agent for such customer, as agent for some other person, as agent for both such customer and some other person, or as principal for its own account; and if the broker or dealer is acting as principal, whether it is a market maker in the security (other than by reason of acting as a block positioner); and

(i) If the broker or dealer is acting as agent for such customer, for some other person, or for both such customer and some other person:

(A) The name of the person from whom the security was purchased, or to whom it was sold, for such customer or the fact that the information will be furnished upon written request of such customer; and

(B) The amount of any remuneration received or to be received by the broker from such customer in connection with the transaction unless remuneration paid by such customer is

determined pursuant to written agreement with such customer, otherwise than on a transaction basis; and

## 17 C.F.R. §242.403

(a) *Applicability.* Each security futures intermediary shall determine the required margin for the security futures and related positions held on behalf of a customer in a securities account or futures account as set forth in this section.

(b) *Required margin.* —(1) *General rule.* The required margin for each long or short position n a security future shall be twenty (20) percent of the current market value of such security future.

## 17 C.F.R. §32.9

It shall be unlawful for any person directly or indirectly:

(a) To cheat or defraud or attempt to cheat or defraud any other person;

(b) To make or cause to be made to any other person any false report or statement thereof or cause to be entered for any person any false record thereof;

(c) To deceive or attempt to deceive any other person by any means whatsoever; in or in connection with an offer to enter into, the entry into, or the confirmation of the execution of, any commodity option transaction.

## 17 C.F.R. §33.3

(a) It shall be unlawful for any person to offer to enter into, enter into, confirm the execution of, or maintain a position in, any commodity option transaction subject to the provisions of this part unless the commodity option involved is traded (1) on or subject to the rules of a contract market which has been designated to trade commodity options pursuant to this part and (2) by or through a member thereof in accordance with the provisions of this part.

## 17 C.F.R. §166.2

No futures commission merchant, introducing broker or any of their associated persons may directly or indirectly effect a transaction in a commodity interest for the account of any customer unless before the transaction the customer, or person designated by the customer to control the account:

(a) Specifically authorized the futures commission merchant, introducing broker or any of their associated persons to effect the transaction (a transaction is "specifically authorized" if the customer or person designated by the customer to control the account specifies (1) the precise commodity interest to be purchased or sold and (2) the exact amount of the commodity interest to be purchased or sold); or

### III. Statement of Claim:

In July 2007, Plaintiff Bateman entered several orders sequentially into his OptionsHouse brokerage account. The OptionsHouse website allowed him to enter these orders and stated that he had sufficient equity to execute those orders. From the OptionsHouse Customer Agreement Form Paragraph 6: "OptionsHouse, in its sole discretion, may decline to execute any orders for a variety of reasons, including, but not limited to, the size of an order, market conditions, Customer's breach of the Agreement, a violation of any applicable rules or regulations related to Customer's orders, **inadequate equity in Customer's Account, insufficient margin, risk considerations** and other matters that affect trading generally."

On Aug 16,2007, Plaintiff Bateman received an email stating,

> "In an effort to keep you continually apprised of the status of your holdings, our records show the following positions in your account number 12767869. If you want to be sure to avoid possible automatic exercise or assignment of these positions (see explanation below) you must trade out of them before 3:00 pm Central Time on Friday, August 17, 2007."

At about 2:30 p.m.(MDT) on Aug 16th, 2007 Bateman received a phone call from someone at OptionsHouse while he was working. The noise level was very high and Bateman stated that it was difficult to even hear. At that time, the person said that Bateman needed to do "something" about his account and asked if Bateman would wire money into it that day. Bateman stated that he was working and that he was **not authorizing them to "do" anything** and that he certainly couldn't wire money into the account at that moment.

When the Plaintiff returned home and was finally able to get on the web at about 7 p.m., He found that his OptionsHouse account had locked him out. Thus he was unable to even view his account, was unable to put in any orders or to even view his portfolio or place money into the account.

The Option House Customer Agreement Form Paragraph 6: "Customer agrees not to transmit orders to OptionsHouse or PFSI using electronic communications other than those electronic communication features designated by OptionsHouse for the express purpose of placing orders. Customer understands and agrees that OptionsHouse will not act upon orders transmitted via electronic communications other than those orders sent via OptionsHouse's

designated trade order systems." Plaintiff Bateman was therefore unable to remedy anything in his account.

Early the morning of Aug 17th Plaintiff received the following email:

> "Our records show that as of August 17, 2007, the following position(s) in your account number 12767869 **may not be suited to your investment objectives and risk tolerances:**
> Short 840 VIX Aug 07 12.00 Call

> "We suggest that you take measures to address this issue **so that your positions are better suited to meeting your financial goals**. Alternatively, you may initiate a review of your current **suitability level in an effort to increase it to an appropriate level for the above position(s)."**

As Plaintiff Bateman had already been locked out of his account there was no way for him to review his account much less effectuate any changes in his account. From the information in the email it is obvious OptionsHouse was aware it was a requirement that his "suitability level" was not appropriate for those positions, in which case, OptionsHouse should have restricted his cash account from such trades.  OptionsHouse seized his account while sending threats that he had to take action before a Friday COB deadline.

It is important to remember that all of these actions took place after OptionsHouse locked Plaintiff out of his account.

The VIX (basis of the seized account) continued to drop on Friday and Monday and Tuesday as expected and it settled at $24.05. It appears as though OptionsHouse liquidated the assets at exactly the worst possible moment. The party that had advantage of the seized account made many hundred thousand of dollars in three days. Had the account been allowed to continue open and the positions not been sold off, the account would have closed positive. It was a volatile market and rapid, relatively large moves were a common trait for this period. However the trend had tended upward just as it did at close. It is important to note that Plaintiff Bateman has repeatedly demanded copies of the sales slips for those trades and has steadfastly been denied. If those sales were inside the company or to a subsidiary of said company these sales may constitute insider trades. However without the sales slips it is impossible to know to whom the sales were made.

## FIRST CAUSE OF ACTION

### Count 1

### Failure of Fiduciary Duties and Fraud

OptionsHouse has failed in their Fiduciary Duties, to wit; Any financial transaction implies fiduciary duties, especially

> *"money, securities, and property received by a futures commission merchant or by a clearing organization from, for, or on behalf of, customers or option customers."*
> 17 C.F.R. §240.10b-10, 17 F.A.R. §240.

OptionsHouse approved trades that even OptionsHouse later admitted where not "suited to meeting your financial goals," and were not allowed by Bateman's "current suitability level," directly causing substantial harm to Mr. Bateman.

**All of which is contrary to 17 C.F.R. §32.9 and 17 C.F.R. §240.10b-3**

### Count 2

### Failure of Fiduciary Duties, Breach of Contract and Fraud

When it was discovered by OptionsHouse that they executed these trades which, by their own admission, were outside of the Plaintiff's suitability level, they did not immediately remedy it, but allowed the account to go as far as $450,000 negative before even contacting Plaintiff Bateman.

**All of which is contrary to 17 C.F.R. §240.10b-3 and 17 C.F.R. §32.9**

## SECOND CAUSE OF ACTION

### Count 3

### Fraud

The VIX continued to drop on Friday and Monday and Tuesday as expected and finally settled at $24.05. This closing price was a very strong close and would have resulted in a substantial increase in Plaintiff Bateman's positions. It appears that OptionsHouse deliberately liquidated the assets of the Bateman account at exactly the worst possible moment. The failure of the defendant(s) to provide the sales slips specific to their actions, as they are required to do by ComEC and SEC rules, is a strong indication of deliberate fraud because whoever took the other side of the trades made many hundred thousand dollars in three days.

**All of which is contrary to 17 C.F.R. §32.9 and 15 U.S.C. §80b(6)**

## THIRD CAUSE OF ACTION

### Count 4

**Fraud, Breach of Contract and Failure of Fiduciary Futies**

By FINRA rule, Option trading is not "marginable" and is thus traded from a cash account. If there were additional funds required to make those trades, which OptionsHouse authorized and later admitted were outside of Bateman's financial and suitability levels, OptionsHouse should have informed Bateman of such requirements, pursuant to **17 C.F.R. §242.403**. Yet they failed to do so and apparently by their actions and in violation of their own rules and guidelines, extended credit, which Plaintiff Bateman did not approve nor was there any authorization of any kind ever given for such unilateral action by OptionsHouse. These actions, by their very nature appear to be deliberate in order to defraud Plaintiff of the cash in his account. None of these actions was in compliance with the Truth in Lending Act.

The Plaintiff submits that the officers and agents acting for OptionsHouse knew or should have reasonably been expected to know that they were acting outside of their authority and were in violation of their own rules and regulations of FINRA, ComEC, CFTC and the SEC regulations which govern their industry.

**All of which is contrary to 17 C.F.R. §242.403 and 17 C.F.R. §166.2 and 17 C.F.R. §88o(c)(2)(A)**

## FOURTH CAUSE OF ACTION

### Count 5

### Fraud

There appears to have been a deliberate effort by and through the actions of OptionsHouse and its agents to prevent Bateman opportunity to remedy the actions of OptionsHouse as they locked him out of his account prior to informing him of the request to remedy the alleged cash deficiency. The actions taken by OptionsHouse caused a cash shortage through the extension of credit to his account by their Chief Trading Officer, thus deliberately providing an opportunity for the raiding of his account.

In an effort to resolve these issues privately, on November 14th, 2007, Bateman sent a NOTICE OF CONDITIONAL ACCEPTANCE FOR VALUE PENDING VERIFIED PROOF OF CLAIMS. In this notice Bateman asked for specific instruments of evidence to show that he was indebted to OptionsHouse. They were given twenty days to respond. They failed to respond and were sent a NOTICE OF FAULT on March 4th, 2008, as evidenced by the Certificate of Non-Response duly notarized.

They were given 5 days to cure the fault. They failed to respond as is evidenced by the Certificate of Non-Response dated March 14th, 2008.

> It is an undisputed fact that OptionsHouse et al were aware of their fiduciary duties to inform Bateman of any actions they might take on his behalf, as is evidenced by FINRA rules, ComEC, CFTC and SEC regulations governing their own industry.
>
> It is an undisputed fact that OptionsHouse et al failed in those duties.
>
> It is an undisputed fact that OptionsHouse et al had a responsibility to provide the information requested in Bateman's Notarial Administrative process.
>
> It is an undisputed fact that OptionsHouse et al failed to provide such information as required by 17 CFR Sec. 240.10b-10, FAR Title 17 Section 240. , that was specific and particular to his requests.

The failure to respond to the lawful requests for validation of the alleged debt by providing specific information that only the defendants could provide and which if provided would validate if there was in fact a debt and their further failure to cure said fault has placed OptionsHouse in DEFAULT and is evidence of their agreement to the stipulations contained in the Notice of Fault. Having failed to cure said fault Plaintiff subsequently obtained and issued a "Certificate of Non-response" and "Certificate of Notarial Protest". This is their stipulation and agreement and they are estopped from making any further allegations and charges, providing any additional information of any type or kind and have agreed to all of the charges made by the Plaintiff. See Exhibit A.

**All of which is contrary to 17 C.F.R. §240.10b-3 and 17 C.F.R. §240.10b-10 and 17 C.F.R. §32.9 and 15 U.S.C. §80b(6) and 15 U.S.C. §78o(c)(2)(A) and U.C.C. 1-207 and U.C.C. 3-305(2) and U.C.C. 3-505(2)**

CIVIL COMPLAINT – Page 9

## IV. Relief:

Plaintiff in the above-captioned case respectfully requests that this Honorable Court finds against the Defendants and grant to the Plaintiff an Order:

1. That all collection activities cease immediately.

2. That all assets seized unlawfully from Plaintiff's account be returned to him without delay.

3. Because of the unlawful deliberate acts committed by the Defendant for the purpose of defrauding the Plaintiff; due to their failure to perform their fiduciary duties, and because of their breach of those duties, and their willful and belligerent acts directly caused Bateman harm, Plaintiff respectfully requests that this Honorable Court award actual damages in the amount of $500,000.00 to be paid into an account to be designated at the time of the award.

4. Any other relief, penalties and punishments this Honorable Court deems appropriate in the interest of Justice.

## V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [ X ] No [ ]

## VI. Do you claim actual damages for the acts alleged in your complaint? Yes [ X ] No [ ]

## VII. Do you claim punitive monetary damages? Yes [ X ] No [ ]

Plaintiff repeatedly requested, then demanded, remedies from the Defendant to replace assets seized when OptionsHouse illegally raided his account. Plaintiff requests equitable remedies to restore the Plaintiff's position and to return the value of the assets seized by OptionsHouse, which exact value is not known because OptionsHouse has refused to supply actual trade slips as required by NASD rules. Plaintiff respectfully requests a punitive damage award treble the amount of the actual damages, in the amount of $1,500,000.

## VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ X ] No [ ]

B. Date that claims were presented, how they were presented, and the result of that procedure:

Plaintiff filed a complaint with the SEC in October 2009. The SEC refused to hear the claim because the VIX is not regulated by the SEC but by the CFTC.

Plaintiff filed a complaint with the CFTC in October 2009. The CFTC refused to hear with the case because OptionsHouse is not registered with the CFTC as required by **17 C.F.R. §33.3**

## IX. Related Litigation:

  X    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

  Christopher Bateman
Name (Print or Type)

18125 Elbert Rd,
Address

Elbert Colorado 80106
City State Zip Code

  (719) 749 0100
Telephone Number

**DESIGNATION OF PLACE OF TRIAL:**

Plaintiff designates Denver, Colorado, as the location for the trial in this matter.

_____
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**
Plaintiff requests trial by jury ( yes or no ). (circle one)

_____
Signature of Plaintiff

Dated: _11/23/09_____

CIVIL COMPLAINT – Page 12

*Exhibit A*

## Certificate of Notarial Protest,
## Notice of Default And Confessed Declaratory Judgment

---

**Notice to Agents is notice Principles in public and private capacities**
**Notice to Principles is notice Agents in public and private capacities**
**Applicable to all successors and assigns.**

---

## *SILENCE IS ACQUIESCENCE*

### *TO WHOM IT MAY CONCERN:*

I, ___Bradley E. Varnedoe___ as a notary public for the STATE OF COLORADO, COUNTY OF EL PASO, hereby issue this protest and certificate of dishonor pursuant to **TITLE 5> PART II > CHAPTER 11 > Sec. 1104**, in favor of Christopher Bateman and against A. John Hass, Chairman, Chief Executive Officer and President, d/b/a OptionsHouse, OPTIONSHOUSE, A. John Hass CEO OptionsHouse Inc,
Carl Kunz Compliance Officer OptionsHouse, Peter Lawler agent of and for OptionsHouse,
Danny Rosenthal Chief of Trades OptionsHouse, DOES/Does 1 through 20 in their personal capacities ET AL regarding Christopher Bateman's presentment consisting of:

a.)   **VERIFICATION REQUEST TO OptionsHouse,** Date:14 November, 2008, Certified Mail #: 7004 2510 0000 7223 3482

c.)   **PRIVATE NOTICE OF FAULT AND OPPORTUNITY TO CURE FAULT,** Date: 4 March, 2008 A.D, Certified Mail #: 7007 1490 0004 3632 2729

d.)   **PRIVATE NOTICE OF DEFAULT,** Date: 14 March, 2008 A. D., Certified Mail #: 7007 3020 0000 1512 3975

which was twice dishonored by, A. John Hass of OptionsHouse, MILNOR H. SENIOR, III, ESQ., OPTIONSHOUSE, INC. Carl Kunz Compliance Officer OptionsHouse, Peter Lawler agent of and for OptionsHouse, Danny Rosenthal Chief of Trades OptionsHouse, DOES/Does 1 through 20 in their personal capacities  ET AL, by acceptance and nonperformance.
I confirmed the dishonor myself by affidavit. As of this date the associated default has not been cured nor has any attempt to tender an offer been made. By their silence OPTIONSHOUSE, A. John Hass, Chairman, Chief Executive Officer and President, d/b/a OptionsHouse, OPTIONSHOUSE, A. John Hass CEO OptionsHouse Inc, Carl Kunz Compliance Officer OptionsHouse, Peter Lawler agent of and for OptionsHouse, Danny Rosenthal Chief of Trades OptionsHouse, DOES/Does 1 through 20 in their personal capacities, MILNOR H. SENIOR, III, ESQ., OPTIONSHOUSE, INC. ET AL has stipulated to the statements as true and factual and they have also accepted the terms and remedies as specified in the presentments.

Be it known by this Instrument of Notarial Protest, that at the close of banking hours on Monday, ___March 17th 2008___, I, ___Bradley E. Varnedoe___, notary within and for the said county of El Paso, did present the same, (at the request of Christopher Bateman, dated ___3/4/2008___, a copy of which appears above,) to A. John Hass, Chairman, CEO & President, d/b/a OptionsHouse, 141 W. Jackson Blvd., Ste 500 Chicago, Illinois 60604 and demanded payment and acceptance, thereof, which was refused.

Said dishonor of said instruments occurred for the following reasons: Failure to respond, therefore to result in a confessed Declaratory Judgment against:

MILNOR H. SENIOR, III, ESQ., OPTIONSHOUSE, INC. Carl Kunz Compliance Officer OptionsHouse, Peter Lawler agent of and for OptionsHouse, Danny Rosenthal Chief of Trades OptionsHouse, DOES/Does 1 through 20 in their personal capacities ET AL
141 W. Jackson Blvd., Ste 500
Chicago, Illinois 60604

and

if pursued, the failure to respond being a fatal error to the establishment of a claim relevant to alteration, UCC 3-407 and Colorado Rules of Civil Procedure.

Whereupon, I, the said notary, upon the authority aforementioned, have protested and do hereby solemnly protest as well against the drawer and indorsers of the said account as against all others whom it doth or may concern, for exchange, re-exchange, and all costs, charges, damages and interest, suffered or to be suffered, for want of payment thereof, and I certify that I have no interest in the above-protested instrument.

Witness my hand and Notarial seal this _17th_ day of March, 2008

Notary Public

Address:

My Commission Expires January 26, 2011
7520 Bierstadt Heights Road
Falcon, CO 80831

My Commission expires: _____   (Seal)



Without Prejudice U.C.C. 1-207
Christopher Bateman
18125 Elbert Road
Elbert, Colorado
The united states of America

Date: March 4, 2008 A.D.

---

**Notice to Agents is Notice to Principles** in their private capacity
**Notice to Principles is Notice to Agents** in their private capacity.
**Applicable to all Successors and Assigns**
*SILENCE IS ACQUIESCENCE*

---

For:    CEO/President OptionsHouse
OptionsHouse
141 W. Jackson Blvd, Ste 500
Chicago, IL 60604

Milnor Senior
Silverman Law Firm
13111 E. Briarwood Ave Ste 340
Centennial CO 80112

Re:    Alleged Account # 12767869
       Alleged Balance  $ 327,726.62

CERTIFIED MAIL:

## NOTICE OF FAULT AND OPPORTUNITY TO CURE SAID FAULT

Dear sirs,

On November 14, 2008 you were served with a <u>NOTICE OF CONDITIONAL ACCEPTANCE FOR VALUE PENDING VERIFIED PROOF OF CLAIMS</u> and afforded twenty (20) days to provide testimony to substantiate your claims. I have been extremely liberal in allowing you an extended period of grace. But now it seems that you have no desire to comply with my legal requests for verification and standing on your allegations.

You failed to timely respond and substantiate your claims.

You are in **FAULT.**

## NOTICE TO CURE FAULT

In case your failure to respond was the result of mistake or inadvertence, you are provided an additional five (5) days of grace to cure your **Fault** and respond and substantiate your claims by providing the evidence under penalties of perjury under the laws of The United States of America.

TAKE NOTICE that your failure to timely cure your **Fault** will place you in **Default**.

Please send your written, verified response to the address provided at the top of this notice.

Your **Default** will be your agreement and stipulation that:

> You acted in error
>
> You will cease and desist from any further collection activities.
>
> You will not make any adverse reporting to any "Credit Bureau".
>
> You are forever estopped from making these alleged claims in the future.
>
> You will return all of the funds that were stolen from my account.
>
> If you make any adverse reporting to a Credit Bureau, it is your knowing and voluntary intention to cause and create damage against Christopher Bateman and as this would be an intentional tort you would become liable for civil and possible criminal damages.

***Notice of Miranda Warning:*** *TAKE NOTICE that the intentional presentment of false, unverified claims in Colorado state is a felony punishable by up to five years in prison. Now you have knowledge.*

TAKE NOTICE that my use of the phrase "Without Prejudice, U.C.C. 1-207" above my name indicates that I have exercised the Remedy provided for me in the Uniform Commercial Code at Article 1, section 207, whereby I reserve my Common Law Right not to be bound by, nor compelled to perform under any contract, commercial agreement, or bankruptcy, in which I did not enter knowingly, intentionally, and voluntarily, and by such explicit reservation of Right, I have served NOTICE upon all administrative agencies of Federal, State, and Local governments, that I do not, and will not accept the **liability** associated with the "compelled benefit" of any such unrevealed contract, commercial agreement, or bankruptcy.

Submitted on this 4th day of March 2008 A.D.

Without Prejudice, U.C.C. 1-207.

By: _____

Christopher Bateman, Authorized Representative

seal

# CERTIFICATE OF NON RESPONSE

I, _Christopher Bateman_ , do hereby certify under the penalty of perjury

that I have received no response to my NOTICE OF CONDITIONAL ACCEPTANCE

FOR VALUE PENDING VERIFIED PROOF OF CLAIMS dated 14 November, 2008,

_3_ pages" as of this 4th day of March 4, 2008.

Signed _Chrisopher Bateman_

## **Jurat**

On this day came before me the Affiant a living flesh and blood man to oath and attest
and affirm the signature is true, complete, and correct on the foregoing affidavit.
Christopher J. Bateman the undersigned, who is personally known by me or upon proper
oath and identification, personally came before me, the subscriber, a notary public in and
for said County and State, and Duly Affirmed the truth of the foregoing Affidavit in my
presence. The Affiant also acknowledged the signing thereof to be his own voluntary act
and deed. Signing the within instrument in my presence and for the purpose therein
stated.

Signed this day _14th_ , of _March 2008_ , _____ at
_Colorado National Bank_

My Commission Expires January 26, 2011
7520 Bierstadt Heights Road
Falcon, CO 80831

My commission expires on: _____

By _Kristi Foltz_                                              seal:

KRISTI FOLTZ
NOTARY
PUBLIC
STATE OF COLORADO

Without Prejudice U.C.C. 1-207
Christopher James Bateman
18125 Elbert Rd
Elbert, Colorado state
The united states of America

---

**Notice to Agents is Notice to Principles in their private capacity**
**Notice to Principles is Notice to Agents in their private capacity.**
**Applicable to all Successors and Assigns**
*SILENCE IS ACQUIESCENCE*

---

For:   Silverman Law Firm P.C.
       Milnor H. Senior, III
       13111 E Briarwood Ave. Ste 340
       Englewood, CO 80112-3913


Re:    Alleged Account: OptionsHouse 12767869,
       Alleged Balance    ($327,726.62)

### NOTICE OF CONDITIONAL ACCEPTANCE FOR VALUE PENDING VERIFIED PROOF OF CLAIMS

Dear Mr. Senior,

Pursuant to earlier correspondence with you, I am giving notice that this alleged debt is in dispute and has been since August, 2007. I am noticing you herewith, asking for verification of the alleged debt. The dispute is with Option House for alleged debt. The FINRA ARBITRATION AFFIDAVIT signed by Carl Kunz and forwarded by your office does not constitute verified proof of claim. No ledgers or verified records or instruments bearing my signature were included, only Carl Kunz statements regarding alleged activities within OptionsHouse which where not accomplish or directed by Carl Kunz.

### Corporations and other entities are legal fictions, are not real, and do not exist.

Every private corporation and private person who touches Federal Reserve Notes and Negotiable Instruments, U.C.C. 3-104 are obligated to adhere to the strict guidelines known as the *Uniform Commercial Code. (U.C.C.)*

Agent, this is **not a refusal** and is **not a neglect** to pay a lawful debt, but the alleged debt, referenced above, is **disputed** and this is an attempt at a good faith offer to privately resolve this **disputed** claim.

Sir, your presentment (enclosed) that purports to be a debt is **Conditionally Accepted for Value Upon Verified Proof of Claim** and it is being returned to you, without dishonor, because it lacks evidence of authority.

Page 1 of 3

Dear Sir, your presentment, indicates an attempt by you to commit constructive fraud (U.C.C. 3-305 (2) by attempting to induce me to accept it for the benefit of you and your principal(s) if any exist.

### For Full Acceptance, the following is required from you,

1. Verified evidence, signed under penalties of perjury under the laws of The United States of America of performance or consideration that would cause me to become indebted on any instrument not bearing my signature per U.C.C. 3-401.

2. A verified copy of the instrument(s) containing my signature that forces me to perform to your demands under agreement, as set forth in U.C.C. 1-201 (3) for my examination.

3. A copy of any negotiable instrument(s) that you claim I have signed, making you or your alleged principal(s) the holder in Due Course, with the right of presentment and demand, under the requirements of U.C.C. 3-305.

4. A copy, verified under penalties of perjury under the laws of The United States of America, of the contract describing the scope of your authority and employment and the right to represent your alleged principals in this matter under U.C.C. 3-403:42.

5. A copy, verified under penalties of perjury under the laws of The United States of America, of a bona fide contract between you and me, that created a duty and obligation on me to make any payments to you.

6. A copy, verified under penalties of perjury under the laws of The United States of America, of evidence/invoice that you provided products to me that created a duty and obligation on me to pay you for such products.

7. A copy, verified under penalties of perjury under the laws of The United States of America, of evidence/invoice that you provided services to me that created a duty and obligation on me to pay you for such services.

8. A Validation and Verification of the alleged debt as is required by 15 USC §1692(g).

Dear Sir, In the event you are unable to produce the requested instruments, documents, and evidence, I must conclude that your presentment is under a fraudulent unconscionable contract as outlined in U.C.C. 2-302. In addition, your presentment is discharged per U.C.C. 3-601.

### NOTICE TO RESPOND

Dear Sir, you have twenty (20) days from the date of receipt of this certified letter to comply with my request for information. If you fail to comply, a fault will exist as set forth in U.C.C. 1-201(16). The cause will be yours and would make null and void all of your actions from the beginning as set forth in U.C.C. 1-103. In addition, according to U.C.C. 3-505(2), your failure to comply promptly with this request for information will invalidate the presentment you have made to me in your presentment dated October 16, 2007 A.D.

Furthermore this request is in compliance with the Fair Debt Collection Practices Act, 15 USCA §1692 *et seq* and The Administrative Procedures Act as amended in 1946.

Dear Sir, if you fail to timely respond and comply, I will conclude that your presentment was sent in error and Estoppel by Acquiescence will apply henceforth, and that you **agree and stipulate** that Christopher Bateman/CHRISTOPHER BATEMAN **does not owe** the above referenced alleged debt. If you fail to respond and continue to use the mail service or a Credit Reporting Agency to make a false claim against me, I will hold you personally liable and take the appropriate actions in a state court.

I am requesting your bonding company, bonding company contact details, and bond number or verification that you personally are accepting the liability for harm you may be doing me. Further, you have presented that you are attorney representing OptionsHouse in the matter of arbitration. You have also stated that you are a debt collector for OptionsHouse. Please provide the contract between OptionsHouse and yourself and/or Silverman Law Firm establishing the relationship between OptionsHouse and yourself. Please include legal authority for a law firm to simultaneously act as debt collector and legal representative in arbitration on the same matter.

**Notice of Miranda Warning:** Dear Sir, TAKE NOTICE that the intentional presentment of false , unverified claims in Colorado state is a felony punishable by up to five years in prison. Now you have knowledge.

Dear Sir,  TAKE NOTICE that my use of the phrase "Without Prejudice, U.C.C. 1-207" above my name indicates that I have exercised the Remedy provided for me in the Uniform Commercial Code at article 1, section 207, whereby I reserve my Common Law Right not to be bound by, nor compelled to perform under any contract, commercial agreement, or bankruptcy, in which I did not enter knowingly, intentionally, and voluntarily, and by such explicit reservation of Right, I have served NOTICE upon all administrative agencies of Federal, State, and Local governments, that I do not, and will not accept the **liability** associated with the "compelled benefit" of any such unrevealed contract, commercial agreement, or bankruptcy."

Submitted on this 14th day of November, 2007 A.D.

Without Prejudice, U.C.C. 1-207.

By: _____                    seal
    Christopher Bateman, Authorized Representative

# CERTIFICATE OF NON RESPONSE

I, _Christopher Bateman_ , do hereby certify under the penalty of perjury

that I have received no response to my NOTICE OF CONDITIONAL ACCEPTANCE

FOR VALUE PENDING VERIFIED PROOF OF CLAIMS dated 14 November, 2008,

_3_ pages" as of this 4th day of  March 4, 2008.

Signed _Christopher Bateman_

## <u>Jurat</u>

On this day came before me the Affiant a living flesh and blood man to oath and attest
and affirm the signature is true, complete, and correct on the foregoing affidavit.
Christopher J. Bateman the undersigned, who is personally known by me or upon proper
oath and identification, personally came before me, the subscriber, a notary public in and
for said County and State, and Duly Affirmed the truth of the foregoing Affidavit in my
presence.  The Affiant also acknowledged the signing thereof to be his own voluntary act
and deed.  Signing the within instrument in my presence and for the purpose therein
stated.

Signed this day_ 14th _, of _March 2008_ , _____ at

_Colorado National Bank_

My commission expires on: _My Commission Expires January 26, 2011_
_7520 Bierstadt Heights Road_
_Falcon, CO  80831_

By _Kristi Foltz_ _____                    seal:_____