IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-02748-LTB-KLM

CHRISTOPHER JAMES BATEMAN,

    Plaintiff,

v.

OPTIONSHOUSE, INC.,
A. JOHN HASS, CEO OptionsHouse, Inc.,
CARL KUNZ, Compliance officer OptionsHouse,
PETER LAWLER, Agent of and for OptionsHouse,
DANNY ROSENTHAL, Chief of Trades OptionsHouse,
DOES/Does 1 through 20 in their personal capacities,

    Defendants.

_____

**ORDER**
_____

    THIS MATTER comes before the Court, sua sponte for review. An Order to Show Cause was issued on April 15, 2010 giving Plaintiff up to and including April 29, 2010 to show cause why this matter should not be dismissed for failure to serve pursuant to Rule 4(m), Federal Rules of Civil Procedure. To date no response has been filed or good cause shown. It is therefore

    ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: June 28, 2010